**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 05-6784

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DINO MARCELLUS GILES,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief District Judge.  (CA-04-65-1-IMK)

_____

Submitted:  July 27, 2005           Decided:  August 5, 2005

_____

Before KING, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dino Marcellus Giles, Appellant Pro Se.  Bonnie S. Greenberg, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dino Marcellus Giles, a federal prisoner, appeals the district court's order accepting the magistrate judge's recommendation and dismissing Giles' petition filed under 28 U.S.C. § 2241 (2000), and the court's order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Giles, No. CA-04-65-1-IMK (N.D.W. Va. Apr. 28, 2005; May 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED